AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Matsumoto, Kiyo A. | U.S. District Court (EDNY) | 12/27/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board member | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 2. | Nominating Committee | New York City Bar Association |
| 3. | Co-trustee with brother | Qualified Personal Residence Trust #1 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 4/17-20/15 | Nat'l Conference of Bar Examiners drafting bar exam | $3,500.00 |
| 2. | 11/19-22/1 | Nat'l Conference of Bar Examiners drafting bar exam | $3,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | ▬▬▬▬▬▬▬▬▬▬▬▬ |
| 2. | 2015 | Self-employed rentals (spouse) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | 4/17-20 | Washington, DC | Drafting bar exam | Transportation, meals, lodging |
| 2. | National Conference of Bar Examiners | 11/19-22 | Austin, TX | Drafting bar exam | Transportation, meals, lodging |
| 3. | Georgetown University Law Center | 4/7-8/15 | Washington, DC | Moot court competition | Transportation and lodging |
| 4. | Federal Bar Council | 10/23-24 | New Paltz, NY | Conference -panel | Meals and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Matsumoto, Kiyo A.** | 12/27/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Columbia University | Tuition | K |
| 2. | University of Chicago | Tuition | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsumoto, Kiyo A. | 12/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank IRA & Savings Acct | C | Interest | K | T | | | | | |
| 2. Chase Bank, savings and checking | C | Interest | K | T | | | | | |
| 3. New England Variable Life merged 1/15 with Met Life (see 4-6) | A | Interest | K | T | | 01/01/15 | | | |
| 4. -For Met Life: Fidelity VIP Eq. Inc. | | Int./Div. | K | T | | | | | |
| 5. -For Met Life: MFS Research Int'l | | Int./Div. | J | T | | | | | |
| 6. -For Met Life: MetLife Asset All 100 | | Int./Div. | J | T | | | | | |
| 7. Charitable Remainder Trust (Northern Trust Securities) (see 8-11) | D | Int./Div. | | | Sold | 11/17/15 | N | | |
| 8. -Northern Money Market Fund/Northern US Gov't Money Market Fund | D | Int./Div. | | | Sold | 10/14/15 | J | A | |
| 9. -Dodge&Cox Income ACAT Deliver | C | Int./Div. | | | Sold | 11/16/15 | J | A | |
| 10. -Vanguard Long Term Invmt Grade INV ACAT | D | Int./Div. | | | Sold | 11/16/15 | J | A | |
| 11. -Vanguard GNMA Investor CL ACAT | C | Int./Div. | | | Sold | 11/16/15 | J | A | |
| 12. Memorial Partnership (El Cerrito, CA) | D | Rent | L | W | | | | | |
| 13. Series EE Savings Bonds | A | Interest | J | T | | | | | |
| 14. Charles Schwab IRA/Accts (inc. cust. accts for children) | A | Interest | J | T | | | | | |
| 15. Colgate Palmolive (common) (part of item 8 above) | A | Int./Div. | J | T | | | | | |
| 16. Procter & Gamble (common) (part of item 8 above) | A | Int./Div. | J | T | | | | | |
| 17. Hewlett Packard (common) (part of item 8 above) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Time Warner (common) (part of item 8 above) | A | Int./Div. | J | T | | | | | |
| 19. Diversified Investment Thrift Plan (spouse) | B | Int./Div. | N | T | | | | | |
| 20. NY State Edu. Fund: Moderate Age Opt., Conserv. Growth | A | Interest | J | T | | | | | |
| 21. Charitable Remainder Trust (JP Morgan) (see 22-59) | A | Int./Div. | N | T | Buy | 11/19/15 | N | | |
| 22. - 1. JP Morgan Deposit Sweep MGD JPMorgan Chase Bank NA | | | J | T | Open | 11/19/15 | J | | |
| 23. - 2. Altria Group Inc. | A | Int./Div. | K | T | Buy | 11/19/15 | K | A | |
| 24. - 3. American Electric Power | A | Int./Div. | J | T | Buy | 11/19/15 | J | A | |
| 25. -4. AT&T | A | Int./Div. | J | T | Buy | 11/19/15 | J | A | |
| 26. -5. BCE Inc. | A | Int./Div. | J | T | Buy | 11/19/15 | J | | |
| 27. -6. BP PLC Sponsored ADR | A | Int./Div. | J | T | Buy | 11/19/15 | J | | |
| 28. -7. Chevron Corp. | A | Int./Div. | J | T | Buy | 11/19/15 | J | | |
| 29. -8. Coca Cola Co. | A | Int./Div. | J | T | Buy | 11/19/15 | J | | |
| 30. -9. Dominion Resources Inc. | A | Int./Div. | J | T | Buy | 11/19/15 | J | | |
| 31. -10. Duke Energy Corp. | A | Int./Div. | J | T | Buy | 11/19/15 | J | A | |
| 32. -11. Exxon Mobil Corp. | A | Int./Div. | J | T | Buy | 11/19/15 | J | | |
| 33. -12. General Mills Inc. | A | Int./Div. | J | T | Buy | 11/19/15 | J | A | |
| 34. -13. GlaxoSmithKline PLC | A | Int./Div. | J | T | Buy | 11/19/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsumoto, Kiyo A. | 12/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -14. Johnson & Johnson | A | Int./Div. | J | T | Buy | 11/19/15 | J | A | |
| 36.  -15. Kimberly Clark Corp. | A | Int./Div. | J | T | Buy | 11/19/15 | J | A | |
| 37.  -16. Kraft Heinz Co. | A | Int./Div. | J | T | Buy | 11/19/15 | J | | |
| 38.  -17. McDonalds Corp. | A | Int./Div. | K | T | Buy | 11/19/15 | J | A | |
| 39.  -18. Merck & Co. Inc. | A | Int./Div. | J | T | Buy | 11/19/15 | J | | |
| 40.  -19. National Grid PLC New | B | Int./Div. | J | T | Buy | 11/19/15 | K | | |
| 41.  -20. Pepsico Inc. | A | Int./Div. | J | T | Buy | 11/19/15 | J | | |
| 42.  -21. Philip Morris | A | Int./Div. | K | T | Buy | 11/19/15 | K | A | |
| 43.  -22. PPL Corp. | A | Int./Div. | J | T | Buy | 11/19/15 | J | A | |
| 44.  -23. Procter & Gamble Co. | A | Int./Div. | J | T | Buy | 11/19/15 | J | A | |
| 45.  -24. Reynolds American Inc. | A | Int./Div. | K | T | Buy | 11/19/15 | K | | |
| 46.  -25. Royal Dutch Shell PLC | A | Int./Div. | J | T | Buy | 11/19/15 | J | | |
| 47.  -26. Sanofi | A | Int./Div. | J | T | Buy | 11/19/15 | J | | |
| 48.  -27. Southern Co. | A | Int./Div. | J | T | Buy | 11/19/15 | J | A | |
| 49.  -28. Unilever PLC | A | Int./Div. | J | T | Buy | 11/19/15 | J | | |
| 50.  -29. Verizon Communications | A | Int./Div. | J | T | Buy | 11/19/15 | J | A | |
| 51.  -30. Vodafone Group PLC | A | Int./Div. | J | T | Buy | 11/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsumoto, Kiyo A. | 12/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -30. Vodafone Group PLC | A | Int./Div. | J | T | Buy (add'l) | 12/08/15 | J | | |
| 53. -31. HCP Inc. | A | Int./Div. | J | T | Buy | 11/19/15 | J | A | |
| 54. -32. Omega Healthcare | A | Int./Div. | J | T | Buy | 11/19/15 | J | A | |
| 55. -33. Realty Income Corp. | A | Int./Div. | J | T | Buy | 11/19/15 | J | A | |
| 56. -34. Ventas Inc. | A | Int./Div. | J | T | Buy | 11/19/15 | J | A | |
| 57. -35. Welltower Inc. | A | Int./Div. | J | T | Buy | 11/19/15 | J | A | |
| 58. -36. Kinder Morgan Inc. | | None | | | Buy | 11/19/15 | J | | |
| 59. -36. Kinder Morgan Inc. | | | | | Sold | 12/07/15 | J | | |
| 60. Bank of America (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsumoto, Kiyo A. | 12/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: The Qualified Personal Residence Trust is my parents' home and has no reportable assets.

Part VII Investments and Trusts:

Items 3-6: New England Life merged with Met Life on 1/1/15:
Cash Value of Variable Ordinary Life Policy: $36,959.
-Fidelity VIP Eq Inc. - Value: $15,740.14
-MFS Research Intl. - Value: $6,273.26
-MetLife Asset All100- Value: $14,944.69

Item 7-11: Northern Trust Charitable Remainder Trust included the following assets that were liquidated by broker on approximately 11/16-17/2015 and reinvested in JP Morgan starting 11/19/15
-Dodge & Cox Income
-Vanguard GNMA
-Vanguard Longterm Invmt. Grade
-Money market

Items 21-59: JP Morgan Charitable Remainder Trust
Between approximately 11/19/15-12/8/15, JP Morgan Charitable Remainder Trust purchased the following from proceeds from the sale/transfer of Northern Trust Securities assets without my input or direction.
1) Altria Group Inc.
2) American Electric Power
3) AT&T
4) BCE Inc..
5) BP PLC Sponsored ADR
6) Chevron Corp.
7) Coca Cola Co.
8) Dominion Resources Inc.
9) Duke Energy Corp.
10) Exxon Mobil Corp
11) General Mills Inc.
12) Glaxosmithkline PLC
13) Johnson & Johnson
14) Kimberly Clark Corp.
15) Kraft Heinz Co.
16) McDonalds Corp
17) Merck & Co Inc.
18) National Grid PLC NEW
19) Pepsico Inc.
20) Philip Morris
21) PPL Corp
22) Procter & Gamble Co.
23) Reynolds American Inc.
24) Royal Dutch Shell PLC
25) Sanofi
26) Southern Co
27) Unilever PLC
28) Verizon Communications
29) Vodafone Group PLC
30) HCP Inc.
31) Omega Healthcare
32) Realty Income Corp
33) Ventas Inc
34) Welltower Inc.

Item 61: Bank of America savings and checking reported in 2014 was a joint account with our daughter while she was in college so that we could provide an allowance. After her graduation in 2013, the account remained open but there were minimal, if any, funds in the account and she was the sole person who made deposits or withdrawals. She eventually closed the account at some point in 2015 after she was no longer a dependent.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kiyo A. Matsumoto**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544